IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY DRIPPE,

    Plaintiff

v.

RALH GOTOTWESKI,

    Defendant

CIVIL ACTION NO. 3:06-1096

(JUDGE CAPUTO)

### ORDER

**NOW, THEREFORE,** this 10th day of November 2010, for the reasons given on the record on November 8, 2010, this case will be **DISMISSED** on the basis that Plaintiff failed to exhaust his administrative remedies.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge